UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21791-ALTMAN/Sanchez

**HYPER ICE, INC.**, *et al.*,

    *Plaintiffs*,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE A,

    *Defendants*.
_____/

## ORDER

The Plaintiffs filed this patent-infringement case on May 8, 2024—under seal—against the 35 Defendants listed on Schedule A [ECF No. 11]. The Plaintiffs allege that the Defendants "are promoting, selling, offering for sale, and importing goods into the United States that infringe US Patent No. 11,857,482." Complaint [ECF No. 1] at 1. The Plaintiffs then filed an *Ex Parte* Motion for a Temporary Restraining Order [ECF No. 5] and an *Ex Parte* Motion for Alternative Service [ECF No. 6], both of which we granted on May 10, 2024. *See* May 10, 2024, Orders [ECF Nos. 15 and 16]. The Plaintiffs served the Defendants via email and publication on May 20, 2024. *See* Proof of Service [ECF No. 33]. We have since unsealed the docket. *See* May 28, 2024, Order [ECF No. 34]. Because several Defendants have since appeared and challenged the propriety of the Temporary Restraining Order [ECF No. 15], we held a status conference on May 30, 2024. *See* Paperless Minutes Entry [ECF No. 47]. Accordingly—and as discussed at the status conference—we hereby **ORDER and ADJUDGE** as follows:

1. The claims against the following Defendants are **DISMISSED without prejudice**:

   a. Recoverfun (Defendant No. 4 on the Schedule A);

   b. Bangnixiang (No. 6);

   c. AnshiChuangyi (or "AnshiChuangyi-US") (No. 9);

   d. Fit King (No. 10);

   e. Bochuang (No. 20);

   f. Quinear Wellness (No. 22);

   g. Achedaway (No. 33); and

   h. Shenzhen Cincom E-Commerce Co., Ltd. (or "Cincom") (No. 34).

2. The **Temporary Restraining Order** [ECF No. 15] is **DISSOLVED** as against the above eight Defendants, and the Plaintiffs must notify the online marketplaces of the TRO's dissolution by **June 1, 2024**.

3. The following Motions are **DENIED as moot**:

   a. The Defendant Fit King's Motion for Extension of Time and Motion to Modify the Temporary Restraining Order [ECF No. 29]; and

   b. The Defendant AnshiChuangyi-US's Motion to Dissolve the Temporary Restraining Order, Opposition to the Motion for Preliminary Injunction, and Motion to Dismiss [ECF No. 48].

4. The Plaintiffs will have until **July 15, 2024**, to file **individual complaints** against each of the eight dismissed Defendants. The Plaintiffs must mark those complaints as related to this case.

5. Meanwhile, this case remains otherwise **OPEN** (and the Temporary Restraining Order remains in effect) as to the Defendants who have not yet appeared.

6. The **Preliminary Injunction Hearing** will occur as to the Defendants who have not appeared on **June 6, 2024**, at **11:00 AM** via Zoom. The Meeting ID is 160 7688 8099, and the Passcode is 183310.

**DONE AND ORDERED** in the Southern District of Florida on May 30, 2024.

                                          **ROY K. ALTMAN**
                                          **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record